**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    STEVEN M. GREENBAUM, et al.,

10            Plaintiffs,                    No. C 08-80024-MISC JSW

11        v.

12   ISLAMIC REPUBLIC OF IRAN, et al.        **ORDER REFERRING MOTIONS**
                                             **TO MAGISTRATE JUDGE**
13            Defendants.
                                    /

14

15        Pursuant to Local Rule 72-1, Plaintiffs' *ex parte* applications for order amending writ of

16   execution in the above captioned matter are HEREBY REFERRED to a randomly assigned

17   Magistrate Judge to prepare a report and recommendation.

18        **IT IS SO ORDERED.**

19

20   Dated: March 17, 2008                   _____
                                             JEFFREY S. WHITE
21                                           UNITED STATES DISTRICT JUDGE

22

23   cc:   Wings Hom

24

25

26

27

28