1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,507

7  Attorneys for Plaintiffs
   STEVEN M. GREENBAUM. ALAN HAYMAN,
8  and SHIRLEE HAYMAN

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11
   STEVEN M. GREENBAUM. ALAN        )    CASE NO. 3:08-MC-80024-JSW
12 HAYMAN. and SHIRLEE HAYMAN.      )
                                    )
13            Plaintiffs.           )    CERTIFICATION AND NOTICE OF
                                    )    INTEREST PARTIES
14 vs.                             )
                                    )
15 ISLAMIC REPUBLIC OF IRAN. et al., )
                                    )
16            Defendant.            )
                                    )
17 _____ )

18        Pursuant to Civil L.R. 3-16. the undersigned certifies that the following listed persons.

19 associations of persons, firms. partnership, corporations (including parent corporations) or other

20 entities (I) have a financial interest in the subject matter in controversy or in a party to the

21 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

22 substantially affected by the outcome of this proceeding:

23        SEE EXHIBIT "A" WHICH IS ATTACHED HERETO AND INCORPORATED BY
          REFERENCE HEREIN.
24
   DATED: March 23. 2008            COOK COLLECTION ATTORNEYS
25
                                    By: ___/s/ David J. Cook_____
26                                  DAVID J. COOK, ESQ. (SB# 060859)
                                    Attorneys for Plaintiffs
27                                  STEVEN M. GREENBAUM. ALAN HAYMAN.
                                    and SHIRLEE HAYMAN
28 F:\USERS\DJCNEW\iran.certsf

CERTIFICATION AND NOTICE OF INTEREST PARTIES - CASE NO. 3:08-MC-80024-JSW

## *EXHIBIT A TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES*

*Greenbaum vs. Islamic Republic of Iran*
United States District Court, Northern District of California
Case No. 3:08-MC-80024-JSW

| **PARTIES:** | **CONNECTION:** |
|---|---|
| ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: President or Agent for Service of<br>Process | Party Defendant. |
| ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: President or Agent for Service of<br>Process | Party Defendant. |
| JEFFREY S. BUCHHOLTZ<br>(Acting) Assistant Attorney General<br>THOMAS P. O'BRIEN<br>United States Attorney<br>JOSEPH H. HUNT<br>Director, Federal Programs Branch<br>VINCENT M. GARVEY<br>Deputy Director, Federal Programs Branch<br>HANNAH Y.S. CHANOINE<br>Trial Attorney, Federal Programs Branch<br>20 Massachusetts Ave NW, 7340 (Courier)<br>P.O. Box 883<br>Washington, D.C. 20530 | Interested party. |
| Jennifer Paisner<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>P.O. Box 883, Room 6108<br>Washington, DC 20044 | Interested party. |

| PARTIES: | CONNECTION: |
|---|---|
| National Iranian Oil Company<br>Hafez Crossing, Taleghani Avenue<br>Tehran - Iran<br>Attn: President or Agent for Service of<br>Process | Nominee, agency, or Instrumentality of Iran. |
| SINOPEC International Co., Ltd.<br>Building C<br>Anli-Garden, No. 66, Anli Street<br>Chaoyang District, Beijing<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| SINOPEC USA INC.<br>150 E. 52nd Street<br>New York, NY 10022-6017<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| Total S.A.<br>2, place de la Coupole<br>La Défense 6<br>92400 Courbevoie – France<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| Total<br>2, place de la Coupole<br>La Défense 6<br>92078 Paris La Défense Cedex<br>France<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| Total Petrochemicals USA<br>Total Plaza<br>1201 Louisiana Street, Suite 1800<br>Houston, TX 77002<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| Total Petrochemicals USA | P.O. Box 67441 |

| PARTIES: | CONNECTION: |
|---|---|
| Houston, TX 77267-4411<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| ENI Petroleum Co. Inc.<br>1201 Louisiana Street, Suite 3500<br>Houston, TX 77002<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| ENI Headquarters Rome<br>Piazzale Mattei, 1<br>00144 Rome<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| Repsol YPF, S.A.<br>Paseo de la Castellana<br>278-280<br>28046 Madrid, Spain<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| MAXUS EXPLORATION COMPANY<br>Attn: Michael J. Barron<br>717 North Harwood Street<br>Dallas, TX 75201<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| MAXUS EXPLORATION COMPANY<br>Attn: Glen R. Brown<br>717 North Harwood Street<br>Dallas, TX 75201<br>Attn: President or Authorized Agent for<br>Service of Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |

MAXUS EXPLORATION COMPANY
Attn: Gordon E. Coe

## PARTIES:

717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Steven G. Crowell
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

NIPPON OIL CORPORATIN
Head Office
3-12, Nishi Shimbashi 1-chrome,
Minato-ku, Tokyo 105-8412, Japan
Attn: President or Authorized Agent for
Service of Process

NIPPON OIL (U.S.A.) LIMITED
300 Park Blvd., #105
Itasca, IL 60143
Attn: President or Authorized Agent for
Service of Process

NIPPON OIL USA LTD.
3625 Del Amo Blvd., #385
Torrance, CA 90503
Attn: President or Authorized Agent for
Service of Process

ROYAL DUTCH SHELL PLC
Carel van Bylandtlaan 16
2596 HR DEN HAAG
Postbus 162
2501 AN DEN HAAG
ATTN: President or Agent for Service of
Process

## CONNECTION:

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

Third party obligor potentially owing money
to Iran and the subject of the assignment
motion.

| **PARTIES:** | **CONNECTION:** |
|---|---|
| ROYAL DUTCH SHELL PLC<br>(Shell Oil Company)<br>P.O. Box 2463<br>Houston. TX 77252<br>ATTN: President or Agent for Service of<br>Process | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| PetroChina International<br>ChinaOil (USA) Inc.<br>865 South Figueroa Street. Suite 2308<br>Los Angeles. CA 90071 | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| PetroChina International<br>10 Harborside Financial Center<br>Jersey City. New Jersey 07302 | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| CNOOC<br>CT Corporation<br>1633 Broadway<br>New York, New York 10019 | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| CHEVRON<br>6001 Bollinger Canyon Road<br>San Ramon. CA 94583 | Third party obligor potentially owing money<br>to Iran and the subject of the assignment<br>motion. |
| ATTORNEY GENERAL'S OFFICE<br>US DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington. D.C. 20530-0001<br>ATTN: MICHAEL B. MUKASEY | Potential obligor under the various awards<br>in the Iran-U.S. Claims Tribunal. |
| DEPARTMENT OF TREASURY<br>OFFICE OF FOREIGN ASSETS<br>CONTROL<br>1500 Pennsylvania Avenue, NW<br>Washington. D.C. 20220<br>Attn: TREASURY SECRETARY<br>        HENRY M. PAULSON. JR. | Potential obligor under the various awards<br>in the Iran-U.S. Claims Tribunal. |
| 1. National Iranian Gas Export Company<br>        Website: www.nigec.ir<br>        Email: info@nigec.ir | Nominee. agency, or Instrumentality of Iran. |

**PARTIES:**                                       **CONNECTION:**

2. National Iranian Gas Company                     Nominee, agency, or Instrumentality of Iran.
     Website: www.nigc.org
     Email: webmaster@nigc.org

3. National Iranian Oil Refining and                Nominee, agency, or Instrumentality of Iran.
Distribution Co.
     Website: www.niordc.ir
     Email: info@niordc.ir

4. National Iranian South Oil Company               Nominee, agency, or Instrumentality of Iran.
     Website: www.nisoc.com
     Email: info@nisoc.com

5. National Iranian Offshore Oil Company            Nominee, agency, or Instrumentality of Iran.
     Website: www.iooc.co.ir
     Email: webmaster@iooc.co.ir

6. National Iranian Central Oil Fields Co.          Nominee, agency, or Instrumentality of Iran.
     Website: www.icofc.ir
     Email: info@icofc.ir

7. National Iranian Petrochemical Company           Nominee, agency, or Instrumentality of Iran.
     Website: www.nipc.net
     Email: webmaster@nipc.net

8. National Iranian Oil Terminals Company           Nominee, agency, or Instrumentality of Iran.
     Website: www.nioc-otc.com
     Email: info@nioc-otc.com

9. National Iranian Drilling Company                Nominee, agency, or Instrumentality of Iran.
     Website: www.nidc.ir
     Email: webmaster@nidc.ir

10. National Iranian Tanker Co.                      Nominee, agency, or Instrumentality of Iran.
     Website: www.nitc.co.ir
     Email: administrator@nitc.co.ir

11. Ahwaz Pipe Mills Company                         Nominee, agency, or Instrumentality of Iran.
     Website: www.apm-ir.com
     Email: tabibi@apm-ir.com

| **PARTIES:** | **CONNECTION:** |
|---|---|
| 12. Arvandan Oil and Gas Company<br>　　Website: www.arvandan.org<br>　　Email: info@arvandan.org | Nominee, agency, or Instrumentality of Iran. |
| 13 Exploration Service Company (ESC)<br>　　Website: www.oeoc.ir<br>　　Email: info@oeoc.ir | Nominee, agency, or Instrumentality of Iran. |
| 14 Fuel Consumption Optimization Co.<br>　　Website: www.ifco.ir<br>　　Email: info@ifco.ir | Nominee, agency, or Instrumentality of Iran. |
| 15. Kala Naft London Ltd.<br>　　Website: www.kalaltd.com<br>　　Email: admin@kalaltd.com | Nominee, agency, or Instrumentality of Iran. |
| 16. Kala Naft Canada Ltd.<br>Website: www.kalanaftcanada.com<br>Email: info@kalanaftcanada.com | Nominee, agency, or Instrumentality of Iran. |
| 17. Khazar Exploration & Production Co.<br>Tehran HQ.<br>No.19 – 11th Alley - Vozara Ave. - Arjantin Sq.<br>Tehran, Iran<br>Tel: +98-21-88722430. 3<br>Fax: +98-21-88711386 | Nominee, agency, or Instrumentality of Iran. |
| 18. North Drilling Company<br>Website: www.northdrilling.com<br>Email: info@northdrilling.com | Nominee, agency, or Instrumentality of Iran. |
| 10. Pars Oil and Gas Company<br>　　Website: www.pogc.org<br>　　Email: info@pogc.ir | Nominee, agency, or Instrumentality of Iran. |
| 20. Pars Special Economic energy Zone Co.<br>　　Website: www.pseez.com<br>　　Email: info@pseez.com | Nominee, agency, or Instrumentality of Iran. |

## PARTIES:

21. PetroIran Development Company
    Website: petroiran.com
    Email: info@petroiran.com

22. Petroleum Engineering & Development
Co.
    Website: www.pedec.ir
    Email: info@pedec.net

23. Petropars
    Website: www.petropars.com
    Email: webadmin@ppars.com

## CONNECTION:

Nominee, agency, or Instrumentality of Iran.

Nominee, agency, or Instrumentality of Iran.

Nominee, agency, or Instrumentality of Iran.

F:\USERS\DJCNEW\iran.certasf

1                          **PROOF OF SERVICE**

2    *Via Email dr-ahmadinejad@president.ir*          Vincent M. Garvey
     PRESIDENT DR. AHMADINEJAD                        U.S. DEPARTMENT OF JUSTICE
3                                                     Civil Division, Federal Programs Branch
     ISLAMIC REPUBLIC OF IRAN                         P.O. Box 883
4    acting through its                               Washington, DC 20044–0883
     MINISTRY OF DEFENSE AND                          Fax: 202-616-8460
5    SUPPORT FOR ARMED FORCES
     No. 1 Shahid Kaboli Street
6    Beginning of Resalat Highway                     Rupa Bhattacharyya
     Seyyed Khandan Bridge                            U.S. DEPARTMENT OF JUSTICE
7    P.O. Box 16765-1479                              Civil Division
     Tehran, Iran                                     P.O. Box 883
8    ATTN: President or Agent for Service of          Washington, DC 20530
     Process                                          Fax: 202-318-7593
9
     ISLAMIC REPUBLIC OF IRAN                         ATTORNEY GENERAL'S OFFICE
10   Pasadaran Avenue                                 US DEPARTMENT OF JUSTICE
     Golestan Yekom                                   950 Pennsylvania Avenue. NW
11   Teheran. Iran                                    Washington, D.C. 20530-0001
     ATTN: President or Agent for Service of          ATTN: MICHAEL B. MUKASEY
12   Process
                                                      DEPARTMENT OF TREASURY
13   ISLAMIC REPUBLIC OF IRAN                         OFFICE OF FOREIGN ASSETS
     Khomeini Avenue                                  CONTROL
14   United Nations Street                            1500 Pennsylvania Avenue, NW
     Teheran, Iran                                    Washington, D.C. 20220
15   ATTN:  President or Agent for Service of         Attn: TREASURY SECRETARY
     Process                                                HENRY M. PAULSON. JR.
16
     JEFFREY S. BUCHHOLTZ                             National Iranian Oil Company
17   (Acting) Assistant Attorney General             Hafez Crossing, Taleghani Avenue
     THOMAS P. O'BRIEN                                Tehran - Iran
18   United States Attorney                           Attn: President or Agent for Service of
     JOSEPH H. HUNT                                   Process
19   Director. Federal Programs Branch                email: managing.director@nioc.com
     VINCENT M. GARVEY
20   Deputy Director, Federal Programs Branch         Ministry of Foreign Affairs
     HANNAH Y.S. CHANOINE                             Imam Khomeini SQ
21   Trial Attorney. Federal Programs Branch          Tehran - Iran
     20 Massachusetts Avenue NW,                      Email: matbuat@mfa.gov.ir
22   Room 7340 (Courier)
     Washington, D.C. 20001                           The Office of the Supreme Leader
23   P.O. Box 883                                     Email: istiftaa@wilayah.org
     Washington, D.C. 20044
24   Fax: 202-616-8202                                The Judiciary System of the Islamic
                                                      Republic
25   Jennifer Paisner                                 Email: ijpr@iranjudiciary.org
     U.S. DEPARTMENT OF JUSTICE
26   Civil Division. Federal Programs Branch          Ministry of Communication and Information
     P.O. Box 883. Room 6108                          Technology
27   Washington, DC 20044                             Email: info@ict.gov.ir
     Fax: 202-616-8460
28                                                    Ministry of Economic Affairs and Finance
                                                      Email: info@mefa.gov.ir

Ministry of Petroleum
Email: Webmaster@mop.ir
        Public-relations@mop.ir

Ministry of Justice
Email: info@justice.ir

ROYAL DUTCH SHELL PLC
Carel van Bylandtlaan 16
2596 HR DEN HAAG
Postbus 162
2501 AN DEN HAAG
ATTN: President or Agent for Service of
Process

ROYAL DUTCH SHELL PLC
(Shell Oil Company)
P.O. Box 2463
Houston, TX 77252
ATTN: President or Agent for Service of
Process

SINOPEC International Co., Ltd.
Building C
Anli-Garden, No. 66, Anli Street
Chaoyang District, Beijing
Attn: President or Authorized Agent for
Service of Process

SINOPEC USA INC.
150 E. 52nd Street
New York, NY 10022-6017
Attn: President or Authorized Agent for
Service of Process

Total S.A.
2, place de la Coupole
La Défense 6
92400 Courbevoie
France
Attn: President or Authorized Agent for
Service of Process

Total
2, place de la Coupole
La Défense 6
92078 Paris La Défense Cedex
France
Attn: President or Authorized Agent for
Service of Process

Total Petrochemicals USA
Total Plaza
1201 Louisiana Street, Suite 1800
Houston, TX 77002
Attn: President or Authorized Agent for
Service of Process

Total Petrochemicals USA
P.O. Box 67441
Houston, TX 77267-4411
Attn: President or Authorized Agent for
Service of Process

ENI Petroleum Co. Inc.
1201 Louisiana Street, Suite 3500
Houston, TX 77002
Attn: President or Authorized Agent for
Service of Process

ENI Headquarters Rome
Piazzale Mattei, 1
00144 Rome
Attn: President or Authorized Agent for
Service of Process

Repsol YPF, S.A.
Paseo de la Castellana
278-280
28046 Madrid, Spain
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Michael J. Barron
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Glen R. Brown
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Gordon E. Coe
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

MAXUS EXPLORATION COMPANY
Attn: Steven G. Crowell
717 North Harwood Street
Dallas, TX 75201
Attn: President or Authorized Agent for
Service of Process

CHEVRON
6001 Bollinger Canyon Road
San Ramon, CA 94583

NIPPON OIL CORPORATION
Head Office
3-12, Nishi Shimbashi 1-chrome,
Minato-ku, Tokyo 105-8412, Japan
Attn: President or Authorized Agent for
Service of Process

NIPPON OIL (U.S.A.) LIMITED
300 Park Blvd., #105
Itasca, IL 60143
Attn: President or Authorized Agent for
Service of Process

NIPPON OIL USA LTD.
3625 Del Amo Blvd., #385
Torrance, CA 90503
Attn: President or Authorized Agent for
Service of Process

1. National Iranian Gas Export Company
   Website: www.nigec.ir
   Email: info@nigec.ir

2. National Iranian Gas Company
   Website: www.nigc.org
   Email: webmaster@nigc.org

3. National Iranian Oil Refining and
   Distribution Co.
   Website: www.niordc.ir
   Email: info@niordc.ir

4. National Iranian South Oil Company
   Website: www.nisoc.com
   Email: info@nisoc.com

5. National Iranian Offshore Oil Company
   Website: www.iooc.co.ir
   Email: webmaster@iooc.co.ir

6. National Iranian Central Oil Fields Co.
   Website: www.icofc.ir
   Email: info@icofc.ir

7. National Iranian Petrochemical Company
   Website: www.nipc.net
   Email: webmaster@nipc.net

8. National Iranian Oil Terminals Company
   Website: www.nioc-otc.com
   Email: info@nioc-otc.com

9. National Iranian Drilling Company
   Website: www.nidc.ir
   Email: webmaster@nidc.ir

10. National Iranian Tanker Co.
    Website: www.nitc.co.ir
    Email: administrator@nitc.co.ir

11. Ahwaz Pipe Mills Company
    Website: www.apm-ir.com
    Email: tabibi@apm-ir.com

12. Arvandan Oil and Gas Company
    Website: www.arvandan.org
    Email: info@arvandan.org

13 Exploration Service Company (ESC)
   Website: www.oeoc.ir
   Email: info@oeoc.ir

14 Fuel Consumption Optimization Co.
   Website: www.ifco.ir
   Email: info@ifco.ir

15. Kala Naft London Ltd.
    Website: www.kalaltd.com
    Email: admin@kalaltd.com

16. Kala Naft Canada Ltd.
    Website: www.kalanaftcanada.com
    Email: info@kalanaftcanada.com

17. Khazar Exploration & Production Co.
    Tehran HQ.
    No.19 – 11th Alley - Vozara Ave. - Arjantin
    Sq.
    Tehran, Iran
    Tel: +98-21-88722430, 3
    Fax: +98-21-88711386

18. North Drilling Company
    Website: www.northdrilling.com
    Email: info@northdrilling.com

10. Pars Oil and Gas Company
    Website: www.pogc.org
    Email: info@pogc.ir

20. Pars Special Economic energy Zone Co.
    Website: www.pseez.com
    Email: info@pseez.com

21. PetroIran Development Company
    Website: petroiran.com
    Email: info@petroiran.com

22. Petroleum Engineering & Development
    Co.
    Website: www.pedec.ir
    Email: info@pedec.net

1    23. Petropars
         Website: www.petropars.com
2        Email: webadmin@ppars.com

3
         I declare:
4
             I am employed in the County of San Francisco, California. I am over the age of eighteen
5    (18) years and not a party to the within cause. My business address is 165 Fell Street, San
     Francisco, CA 94102. On the date set forth below, I served the attached:
6
                    CERTIFICATION AND NOTICE OF INTERESTED PARTIES
7
     on the above-named person(s) by:
8
         XXX    (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
9    thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
     person(s) served above.
10
         XXX    (BY EMAIL) Emailing the documents in pdf scanned format to the email addresses
11   listed above.

12           I declare under penalty of perjury that the foregoing is true and correct.

13           Executed on March 23, 2008.

14
                                                _/s/ Karene Jen_____
15                                                    Karene Jen

16

17

18

19

20

21

22

23

24

25

26

27

28