**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GREENBAUM, et al., | No. 3-08-mc-80024- JSW (EMC) |
|     Plaintiffs, | **CLERK'S NOTICE** |
|     v. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **(1) PLAINTIFFS' EX PARTE APPLICATION FOR THE ISSUANCE OF AN ORDER AMENDING THE WRIT OF EXECUTION, and (2) PLAINTIFFS' SECOND EX PARTE APPLICATION FOR THE ISSUANCE OF SECOND AMENDED AND ALIAS WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES** is set for **April 14, 2008 at 10:30 a.m** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  March 24, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy