UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GREENBAUM, et al., | No. 3-08-mc-80024- JSW (EMC) |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |

_____ /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the Clerk's Notice setting hearing on hearing on **(1) PLAINTIFFS' EX PARTE APPLICATION FOR THE ISSUANCE OF AN ORDER AMENDING THE WRIT OF EXECUTION, and (2) PLAINTIFFS' SECOND EX PARTE APPLICATION FOR THE ISSUANCE OF SECOND AMENDED AND ALIAS WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES** by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or by e-mail or fax.

See attached list

Dated: March 24, 2008

Richard W. Wieking, Clerk
By: Betty Fong, Deputy Clerk

```
 1
 2
 3
 4
 5
 6
 7
 8
 9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
   STEVEN M. GREENBAUM, ALAN       )    CASE NO. 3:08-mc-80024-JSW
12 HAYMAN, and SHIRLEE HAYMAN,     )
                                   )
13            Plaintiffs,          )    PROOF OF SERVICE
                                   )
14 vs.                             )
                                   )
15 ISLAMIC REPUBLIC OF IRAN, et al.,)
                                   )
16            Defendant.           )
                                   )
17
```

| | |
|---|---|
| *Via Email dr-ahmadinejad@president.ir*<br>PRESIDENT DR. AHMADINEJAD<br><br>ISLAMIC REPUBLIC OF IRAN<br>acting through its<br>MINISTRY OF DEFENSE AND<br>SUPPORT FOR ARMED FORCES<br>No. 1 Shahid Kaboli Street<br>Beginning of Resalat Highway<br>Seyyed Khandan Bridge<br>P.O. Box 16765-1479<br>Tehran, Iran<br>Attn: Responsible Officer<br><br>ISLAMIC REPUBLIC OF IRAN<br>Pasadaran Avenue<br>Golestan Yekom<br>Teheran, Iran<br>ATTN: Responsible Officer | ISLAMIC REPUBLIC OF IRAN<br>Khomeini Avenue<br>United Nations Street<br>Teheran, Iran<br>ATTN: Responsible Officer<br><br>1. National Iranian Gas Export Company<br>Website: www.nigec.ir<br>Email: info@nigec.ir<br><br>2. National Iranian South Oil Company<br>Website: www.nisoc.com<br>Email: info@nisoc.com<br><br>3. National Iranian Offshore Oil Company<br>Website: www.iooc.co.ir<br>Email: webmaster@iooc.co.ir<br><br>4. National Iranian Central Oil Fields Co.<br>Website: www.icofc.ir<br>Email: info@icofc.ir |

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW                                    1

5. Khazar Exploration & Production Co.
Tehran HQ.
No.19 – 11th Alley - Vozara Ave. - Arjantin sq.
Tehran, Iran
Tel: +98-21-88722430, 3
Fax: +98-21-88711386

6. Petroleum Engineering & Development Co.
Website: www.pedec.ir
Email: info@pedec.net

7. Pars Oil and Gas Company
Website: www.pogc.org
Email: info@pogc.ir

8. Pars Special Economic energy Zone Co.
Website: www.pseez.com
Email: info@pseez.com

9. National Iranian Oil Terminals Company
Website: www.nioc-otc.com
Email: info@nioc-otc.com

10. National Iranian Drilling Company
Website: www.nidc.ir
Email: webmaster@nidc.ir

11. North Drilling Company
Website: www.northdrilling.com
Email: info@northdrilling.com

12. PetroIran Development Company
Website: petroiran.com
Email: info@petroiran.com

13. Ahwaz Pipe Mills Company
Website: www.apm-ir.com
Email: tabibi@apm-ir.com

14. Petropars
Website: www.petropars.com
Email: webadmin@ppars.com

15. Fuel Consumption Optimization Co.
Website: www.ifco.ir
Email: info@ifco.ir

16. National Iranian Tanker Co.
Website: www.nitc.co.ir
Email: administrator@nitc.co.ir

17. Exploration Service Company (ESC)
Website: www.oeoc.ir
Email: info@oeoc.ir

18. Kala Naft London Ltd.
Website: www.kalaltd.com
Email: admin@kalaltd.com

19. Kala Naft Canada Ltd.
Website: www.kalanaftcanada.com
Email: info@kalanaftcanada.com

20. Arvandan Oil and Gas Company
Website: www.arvandan.org
Email: info@arvandan.org

PROOF OF SERVICE - CASE NO. 3:08-mc-80024-JSW      2