**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GREENBAUM, et al., | No. 3-08-mc-80024- JSW (EMC) |
| Plaintiffs, | **CLERK'S NOTICE DIRECTING PLAINTIFFS TO SERVE CLERK'S NOTICE RE 4/14/08 HEARING** |
| v. | |
| ISLAMIC REPUBLIC OF IRAN, et al., | |
| Defendants. | |
| _____/ | |

TO COUNSEL FOR PLAINTIFFS:

Please serve the Clerk's Notice dated March 24, 2008 (Docket #7) setting the hearing on **(1) PLAINTIFFS' EX PARTE APPLICATION FOR THE ISSUANCE OF AN ORDER AMENDING THE WRIT OF EXECUTION, and (2) PLAINTIFFS' SECOND EX PARTE APPLICATION FOR THE ISSUANCE OF SECOND AMENDED AND ALIAS WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES** upon all parties in interest no later than March 25, 2008. A certificate of service shall be filed thereafter.

Dated: March 24, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy