1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA 94104-0270
5  Tel: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.752

7  Attorneys for Plaintiffs
   STEVEN M. GREENBAUM, ALAN HAYMAN,
8  and SHIRLEE HAYMAN

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12  STEVEN M. GREENBAUM, ALAN          )   CASE NO. 3:08-mc-80024-JSW
    HAYMAN, and SHIRLEE HAYMAN,        )
                                       )   NOTICE OF HEARING FOR:
13           Plaintiffs,               )
                                       )   1)   EX PARTE APPLICATION FOR
14  vs.                                )        ORDER AMENDING WRIT OF
                                       )        EXECUTION TO INCLUDE
15  ISLAMIC REPUBLIC OF IRAN. et al.,  )        ADDITIONAL NAMES PURSUANT
                                       )        TO C.C.P. § 680.135
16           Defendant.                )
    _____)   2)   SECOND EX PARTE APPLICATION
17                                              FOR ORDER AMENDING AND TO
                                                DIRECT ISSUANCE OF SECOND
18                                              AMENDED AND ALIAS WRIT OF
                                                EXECUTION TO INCLUDE
19                                              ADDITIONAL NAMES PURSUANT
                                                TO C.C.P. § 680.135
20
                                           Date:  4/14/08
21                                         Time: 10:30 a.m.
                                           Courtroom: C. 15th Floor
22                                         Location:  450 Golden Gate Avenue
                                                      San Francisco, CA 94102
23

24

25      TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD, IF ANY:

26      PLEASE TAKE NOTICE that the court has set a hearing for the above-entitled ex parte

27  applications at the date, time and place as noted above.

28

---

NOTICE OF HEARING FOR: etc. - CASE NO. 3:08-mc-80024-JSW                           1

1  DATED:  March 25, 2008                    COOK COLLECTION ATTORNEYS

2
                                            By:  /s/ David J. Cook
3                                           DAVID J. COOK, ESQ. (SB# 060859)
                                            Attorneys for Plaintiffs
4                                           STEVEN M. GREENBAUM, ALAN
                                            HAYMAN, and SHIRLEE HAYMAN
5

6  F:\USERS\DJCNEW\iran.notex1&2

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

*Via Email dr-ahmadinejad@president.ir*
PRESIDENT DR. AHMADINEJAD

3

ISLAMIC REPUBLIC OF IRAN

4

acting through its
MINISTRY OF DEFENSE AND

5

SUPPORT FOR ARMED FORCES
No. 1 Shahid Kaboli Street

6

Beginning of Resalat Highway
Seyyed Khandan Bridge

7

P.O. Box 16765-1479
Tehran, Iran

8

Attn: Responsible Officer

9

ISLAMIC REPUBLIC OF IRAN
Pasadaran Avenue

10

Golestan Yekom
Teheran, Iran

11

ATTN: Responsible Officer

12

ISLAMIC REPUBLIC OF IRAN
Khomeini Avenue

13

United Nations Street
Teheran, Iran

14

ATTN: Responsible Officer

15

1. National Iranian Gas Export Company
Website: www.nigec.ir

16

Email: info@nigec.ir

17

2. National Iranian South Oil Company
Website: www.nisoc.com

18

Email: info@nisoc.com

19

3. National Iranian Offshore Oil Company
Website: www.iooc.co.ir

20

Email: webmaster@iooc.co.ir

21

4. National Iranian Central Oil Fields Co.
Website: www.icofc.ir

22

Email: info@icofc.ir
5. Khazar Exploration & Production Co.

23

Tehran HQ.
No.19 – 11th Alley - Vozara Ave. - Arjantin

24

sq.
Tehran, Iran

25

Tel: +98-21-88722430, 3
Fax: +98-21-88711386

26

6. Petroleum Engineering & Development

27

Co.
Website: www.pedec.ir

28

Email: info@pedec.net

7. Pars Oil and Gas Company
Website: www.pogc.org
Email: info@pogc.ir

8. Pars Special Economic energy Zone Co.
Website: www.pseez.com
Email: info@pseez.com

9. National Iranian Oil Terminals Company
Website: www.nioc-otc.com
Email: info@nioc-otc.com

10. National Iranian Drilling Company
Website: www.nidc.ir
Email: webmaster@nidc.ir

11. North Drilling Company
Website: www.northdrilling.com
Email: info@northdrilling.com

12. PetroIran Development Company
Website: petroiran.com
Email: info@petroiran.com

13. Ahwaz Pipe Mills Company
Website: www.apm-ir.com
Email: tabibi@apm-ir.com

14. Petropars
Website: www.petropars.com
Email: webadmin@ppars.com

15. Fuel Consumption Optimization Co.
Website: www.ifco.ir
Email: info@ifco.ir

16. National Iranian Tanker Co.
Website: www.nitc.co.ir
Email: administrator@nitc.co.ir

17. Exploration Service Company (ESC)
Website: www.oeoc.ir
Email: info@oeoc.ir

18. Kala Naft London Ltd.
Website: www.kalaltd.com
Email: admin@kalaltd.com

19. Kala Naft Canada Ltd.
Website: www.kalanaftcanada.com
Email: info@kalanaftcanada.com

20. Arvandan Oil and Gas Company
Website: www.arvandan.org
Email: info@arvandan.org

21.     National Iranian Gas Company
Website: www.nigc.org
Email: webmaster@nigc.org

22.     National Iranian Petrochemical
        Company
Website: www.nipc.net
Email: webmaster@nipc.net

23.  National Iranian Oil Refining and
Distribution Co.
Website: www.niordc.ir
Email: info@niordc.ir

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF HEARING FOR:

1)     EX PARTE APPLICATION FOR ORDER AMENDING WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES PURSUANT TO C.C.P. § 680.135

2)     SECOND EX PARTE APPLICATION FOR ORDER AMENDING AND TO DIRECT ISSUANCE OF SECOND AMENDED AND ALIAS WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES PURSUANT TO C.C.P. § 680.135

on the above-named person(s) by:

  XXX   (BY MAIL) Placing a true copy thereof. enclosed in a sealed envelope with postage thereon fully prepaid. in the United States mail at San Francisco, California, addressed to the person(s) served above.

  XXX   (BY EMAIL) Emailing addressed to the person's/company's email address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2008.

                                        /s/ Karene Jen
                                        Karene Jen