**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** April 14, 2008

**Case No:** C08-mc80024 JSW (EMC)          **FTR Time:**   10:40 - 11:10 a.m.

**Court Reporter**: Lydia Zinn

**Case Name:**  Greenbaum v. Islamic Republic of Iran, et al.

    **Attorneys:**   David Cook for Plaintiff
                          No appearance for Defendants

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

-(1) PLAINTIFFS' EX PARTE APPLICATION FOR THE ISSUANCE OF AN ORDER AMENDING THE WRIT OF EXECUTION, and

-(2)  PLAINTIFFS' SECOND EX PARTE APPLICATION FOR THE ISSUANCE OF SECOND AMENDED AND ALIAS WRIT OF EXECUTION TO INCLUDE ADDITIONAL NAMES

**ORDERED AFTER HEARING:**

Plaintiff shall file further briefing by 4/28/08.  Court will then take matter under submission and will issue order.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ x ]  Court

**Case continued to:**

**cc: EMC**