UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN M. GREENBAUM, et al.,<br><br>          Plaintiff(s),<br><br>     v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>          Defendant(s). | No. 08-80024 MISC JSW (BZ)<br><br>**REPORT AND RECOMMENDATION TO DENY PLAINTIFFS'** *EX PARTE* **APPLICATIONS** |

Plaintiffs' *ex parte* applications for an order amending the writ of execution to include additional names of the judgment debtor and for an order directing the issuance of a second amended and alias writ of execution were referred to me by the Honorable Judge Jeffrey S. White.  For the reasons set forth in my May 22, 2008 Report and Recommendation to Deny Plaintiffs' *Ex Parte* Applications in the Peterson v. Islamic Republic of Iran case, case number 08-80030 MISC JSW (BZ), I **RECOMMEND** that plaintiffs' applications be **DENIED**.

Dated:  May 22, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GREENBAUM\R&R RE APPLICATIONS TO AMEND WRIT.wpd

1